JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URENO,<br><br>           Petitioner,<br><br>    v.<br><br>K. CLARK,<br><br>           Respondent. | Case No. ED CV 19-00471 DSF (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: March 27, 2019

                                                          DALE S. FISCHER
                                                          UNITED STATES DISTRICT JUDGE